UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – GENERAL

Case No.  7:18-CR-6-KKC-EBA-1    At  Lexington    Date  January 3, 2022

USA vs. Brandon Puckett    _x_ present   _x_ custody   ___ bond   ___ OR   Age ___

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Genia Denisio | Elaine Haberer | Jason D. Parman |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant    Andy Markelonis    _x_ present   ___ retained   _x_ appointed

PROCEEDINGS:    **ALLOCUTION**

The parties appeared for final hearing for Allocution as noted.  The Court, having heard statements of the defendant and counsel, IT IS ORDERED as follows:

1. The Court FINDS that the defendant violated the terms and conditions of supervision as alleged in the Supervised Release Violation Report.

2. The Court ACCEPTS the Recommended Disposition (DE #51) and ADOPTS the findings in the Recommended Disposition.

3. The Court REVOKES the defendant's supervised release.  A Revocation Judgment will be entered.

4. Defendant was orally advised of his appellate rights.

5. Defendant remanded to custody.

Copies:  COR, USP, USM

Initials of Deputy Clerk  gld
TIC:  15 min